BRUNO WEIL, Respondent, v. HENRY TORRES, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., dissents and votes to reverse and grant the motion.

DELLA L. L. BANFIELD, Respondent, v. LEWIS LUCKENBACH et al., Appellants, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer the complaint herein within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, p. 902.]

In the Matter of LEWIS GINSBURG, Appellant. SAMUEL ADELSON et al., Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, pp. 946, 976.]

VICTOR SPITZER, Appellant, v. CORPORATION OF THE BRICK PRESBYTERIAN CHURCH IN THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of NEW YORK STATE LABOR RELATIONS BOARD, Petitioner, against TOFFENETTI RESTAURANT COMPANY, INC., Respondent. In the Matter of THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEW YORK STATE LABOR RELATIONS BOARD, Respondent, against TOFFENETTI RESTAURANT COMPANY, INC., et al., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements to the petitioner-respondent. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

VERA M. GERARD, Respondent, v. JAMES S. GERARD, JR., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., dissents.

CITY BANK FARMERS TRUST COMPANY, as Trustee under Agreement Dated July 29, 1919, as Amended, Appellant, v. SHIRLEY B. MURPHY et al., Defendants, and CHRISTY W. BELL et al., Defendants-Respondents.— Orders unanimously reversed, with twenty dollars costs and disbursements, and motions denied. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.